# United States Court of Appeals
## For the First Circuit

No. 25-1374

DAX GIBSON,

Petitioner - Appellant,

v.

COMMONWEALTH OF MASSACHUSETTS,

Respondent - Appellee.

**ORDER OF COURT**

Entered: April 22, 2025
Pursuant to 1st Cir. R. 27.0(d)

      Pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases, "the district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant." On April 11, 2025, the district court entered a final order adverse to the petitioner but failed to address whether a certificate of appealability would issue. The district court is requested to issue or deny a certificate of appealability within two weeks of the date of this order and to forward its decision to this court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Todd Michael Blume
Andrea J. Campbell
Jennifer H. O'Brien